JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO RIVAS, | Case No. CV14-09758-SVW (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| C.Y. TAMPKINS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:  October 8, 2015

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE